| Fill in this information to identify your case: |
|---|
| United States Bankruptcy Court for the: |
| NORTHERN DISTRICT OF GEORGIA |
| Case number *(if known)* _____   Chapter  **11** |

☐ Check if this an amended filing

Official Form 201
# Voluntary Petition for Non-Individuals Filing for Bankruptcy     4/16

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

**1. Debtor's name**     **Radiant Medical Imaging, LLC**

**2. All other names debtor used in the last 8 years**
Include any assumed names, trade names and *doing business as* names

**3. Debtor's federal Employer Identification Number** (EIN)     **27-0550187**

**4. Debtor's address**

| Principal place of business | Mailing address, if different from principal place of business |
|---|---|
| **9945 Haynes Bridge Road Suite 200, Box 226 Alpharetta, GA 30022** | **9945 Haynes Bridge Road Suite 200, Box 226 Alpharetta, GA 30022** |
| Number, Street, City, State & ZIP Code | P.O. Box, Number, Street, City, State & ZIP Code |
| **Fulton** County | **Location of principal assets, if different from principal place of business** **1760 East Pecos Rd., Ste. 101 Gilbert, AZ 85295** Number, Street, City, State & ZIP Code |

**5. Debtor's website** (URL) _____

**6. Type of debtor**
■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))
☐ Partnership (excluding LLP)
☐ Other. Specify: _____

Official Form 201         **Voluntary Petition for Non-Individuals Filing for Bankruptcy**         page 1

Debtor  **Radiant Medical Imaging, LLC**                                             Case number (*if known*)
      Name

**7. Describe debtor's business**

A. *Check one:*

- ■ Health Care Business (as defined in 11 U.S.C. § 101(27A))
- ☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
- ☐ Railroad (as defined in 11 U.S.C. § 101(44))
- ☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
- ☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
- ☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))
- ☐ None of the above

B. *Check all that apply*

- ☐ Tax-exempt entity (as described in 26 U.S.C. §501)
- ☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)
- ☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor.
See http://www.uscourts.gov/four-digit-national-association-naics-codes.
   **6215**

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

*Check one:*

- ☐ Chapter 7
- ☐ Chapter 9
- ■ Chapter 11. *Check all that apply*:
  - ■ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,566,050 (amount subject to adjustment on 4/01/19 and every 3 years after that).
  - ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).
  - ☐ A plan is being filed with this petition.
  - ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).
  - ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.
  - ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.
- ☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

- ■ No.
- ☐ Yes.

If more than 2 cases, attach a separate list.

| | | | | | |
|---|---|---|---|---|---|
| District | | When | | Case number | |
| District | | When | | Case number | |

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

- ☐ No
- ■ Yes.

List all cases. If more than 1, attach a separate list

| | | | |
|---|---|---|---|
| Debtor | **See Attachment** | Relationship | |
| District | | When | Case number, if known |

Official Form 201    **Voluntary Petition for Non-Individuals Filing for Bankruptcy**    page 2

Debtor  **Radiant Medical Imaging, LLC**_____  Case number (*if known*)_____
  Name

| 11. | **Why is the case filed in *this district*?** | *Check all that apply:* |
|---|---|---|

■ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

■ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

| 12. | **Does the debtor own or have possession of any real property or personal property that needs immediate attention?** | ■ No  ☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed. |
|---|---|---|

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
  What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other

**Where is the property?** _____
  Number, Street, City, State & ZIP Code

**Is the property insured?**
☐ No
☐ Yes.  Insurance agency _____
      Contact name _____
      Phone _____

---

■ **Statistical and administrative information**

| 13. | **Debtor's estimation of available funds** | . *Check one:* |
|---|---|---|

■ Funds will be available for distribution to unsecured creditors.
☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

| 14. | **Estimated number of creditors** | ■ 1-49<br>☐ 50-99<br>☐ 100-199<br>☐ 200-999 | ☐ 1,000-5,000<br>☐ 5001-10,000<br>☐ 10,001-25,000 | ☐ 25,001-50,000<br>☐ 50,001-100,000<br>☐ More than100,000 |
|---|---|---|---|---|
| 15. | **Estimated Assets** | ■ $0 - $50,000<br>☐ $50,001 - $100,000<br>☐ $100,001 - $500,000<br>☐ $500,001 - $1 million | ☐ $1,000,001 - $10 million<br>☐ $10,000,001 - $50 million<br>☐ $50,000,001 - $100 million<br>☐ $100,000,001 - $500 million | ☐ $500,000,001 - $1 billion<br>☐ $1,000,000,001 - $10 billion<br>☐ $10,000,000,001 - $50 billion<br>☐ More than $50 billion |
| 16. | **Estimated liabilities** | ☐ $0 - $50,000<br>☐ $50,001 - $100,000<br>☐ $100,001 - $500,000<br>☐ $500,001 - $1 million | ■ $1,000,001 - $10 million<br>☐ $10,000,001 - $50 million<br>☐ $50,000,001 - $100 million<br>☐ $100,000,001 - $500 million | ☐ $500,000,001 - $1 billion<br>☐ $1,000,000,001 - $10 billion<br>☐ $10,000,000,001 - $50 billion<br>☐ More than $50 billion |

Debtor **Radiant Medical Imaging, LLC**     Case number (*if known*)
   Name

| | **Request for Relief, Declaration, and Signatures** |
|---|---|

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is trued and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **February 12, 2018**
                 MM / DD / YYYY

**X**   **/s/ Gene Venesky**                 **Gene Venesky**
Signature of authorized representative of debtor       Printed name

Title   **Manager of Management Company of Radiant Medical Imaging**

**18. Signature of attorney**

**X**   **/s/ Henry F. Sewell, Jr.**        Date **February 12, 2018**
Signature of attorney for debtor                  MM / DD / YYYY

**Henry F. Sewell, Jr.**
Printed name

**Law Offices of Henry F. Sewell, Jr., LLC**
Firm name

**2964 Peachtree Road NW, Suite 555**
**Atlanta, GA 30305**
Number, Street, City, State & ZIP Code

Contact phone   **(404) 926-0053**     Email address   **hsewell@sewellfirm.com**

**636265 GA**
Bar number and State

Debtor **Radiant Medical Imaging, LLC** _____ Case number (_if known_) _____
          Name

| Fill in this information to identify your case: |
|---|

United States Bankruptcy Court for the:

NORTHERN DISTRICT OF GEORGIA

Case number (_if known_) _____  Chapter  **11**

☐ Check if this an amended filing

# FORM 201. VOLUNTARY PETITION

## Pending Bankruptcy Cases Attachment

| | | | | | | |
|---|---|---|---|---|---|---|
| Debtor | **Marquis Diagnostic Imaging of Arizona, LLC** | | | Relationship to you | | **Affiliate** |
| District | **Northern District of Georgia** | When | **2/10/18** | Case number, if known | | **18-52380** |
| Debtor | **Marquis Diagnostic Imaging of North Carolina, LLC** | | | Relationship to you | | |
| District | **Northern District of Georgia** | When | **2/09/18** | Case number, if known | | **18-52367** |
| Debtor | **Marquis Diagnostic Imaging, LLC** | | | Relationship to you | | |
| District | **Northern District of Georgia** | When | **2/09/18** | Case number, if known | | **18-52365** |

Official Form 201      **Voluntary Petition for Non-Individuals Filing for Bankruptcy**      page 5

Fill in this information to identify the case:

Debtor name: **Radiant Medical Imaging, LLC**

United States Bankruptcy Court for the: **NORTHERN DISTRICT OF GEORGIA**

Case number (if known): _____

☐ Check if this is an amended filing

# Official Form 204

## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders 12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim — If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| Amy K. Pitt, M.D.<br>4436 E Camelback Rd<br>Unit 34<br>Phoenix, AZ 85018 | | | | | | $16,544.00 |
| David J. Cohen, M.D., PLLC<br>4510 E. Calle Redonda<br>Phoenix, AZ 85018 | | | | | | $11,396.00 |
| Delon N. Hebron MD, PLLC<br>18028 W. Narramore Rd<br>Goodyear, AZ 85338 | | | Disputed | | | $8,615.42 |
| Hsu Law<br>5090 North 40th Street<br>Suite 260<br>Phoenix, AZ 85018 | | | | | | $21,685.50 |
| James Murphy (Murphy PLLC)<br>6111 N 2nd Place<br>Phoenix, AZ 85012 | | | Disputed | | | $14,272.63 |
| Jason Pond<br>83 W Courtney Lane<br>Tempe, AZ 85284 | | | | | | $8,915.89 |
| M.J. Johnson MD PC<br>9010 S. Priest Drive<br>Apt. 1057<br>Tempe, AZ 85284 | | | | | | $37,905.00 |
| Marshall Kong, MD<br>6469 Shady Oak Lane<br>Mason, OH 45040 | | | | | | $57,082.61 |

Debtor **Radiant Medical Imaging, LLC**
Name

Case number *(if known)*

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **Marshall Kong, MD** 6469 Shady Oak Lane Mason, OH 45040 | | | | | | $57,082.61 |
| **MG Imaging, LLC** c/o Dr. Ron Ayanzen 7904 E. Chap. Rd Ste 110-129 Scottsdale, AZ 85250 | | | | | | $390,857.67 |
| **MICA** P. O. Box 53238 Phoenix, AZ 85072-3238 | | | | | | $12,562.00 |
| **Murtan Radiology Services, LLC** 6111 N 2nd Place Phoenix, AZ 85012 | | | Disputed | | | $150,000.00 |
| **NMD Consultants PLC** c/o Dr. Neil Borden 5350 E. Deer Val. Dr., # 1231 Phoenix, AZ 85054 | | | | | | $250,328.00 |
| **Platinum Imaging, LLC** c/o Dr. Kalpesh Patel 10632 N. Scottsdale Road #675 Scottsdale, AZ 85254 | | | Disputed | | | $32,252.00 |
| **RadReads LLC** 105 Holbrook Trail Greenville, SC 29605 | | | | | | $15,925.00 |
| **Robert F. Takacs MD PLLC** 8485 W. Whitehorn Way Peoria, AZ 85383 | | | | | | $94,705.02 |
| **Skidmore Medical Imaging PLC** 21120 North 71st Drive Glendale, AZ 85308 | | | | | | $185,592.68 |
| **Traci L. Pritchard, PLLC** 38055 N. Miramonte Cave Creek, AZ 85331 | | | | | | $6,564.00 |
| **Travis Scharnweber** 1001 S 2nd St Phoenix, AZ 85004 | | | | | | $8,880.60 |

Debtor **Radiant Medical Imaging, LLC**
Name

Case number *(if known)*

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim<br>If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | **Total claim, if partially secured** | **Deduction for value of collateral or setoff** | **Unsecured claim** |
| **Wall Enterprises, PLC**<br>**1753 E. Broadway Road**<br>**#101-164**<br>**Tempe, AZ 85282** | | | **Unliquidated**<br>**Disputed** | | | **$180,000.00** |

```
Amy K. Pitt, M.D.
4436 E Camelback Rd
Unit 34
Phoenix, AZ 85018




Arizona Department of Revenue
Collections   Division Code 23
1600 West Monroe
Phoenix, AZ 85007-2650




Britton Carter
1401 E Colter St
Apt 7
Phoenix, AZ 85014




Camelback Imaging Assoc PLLC
6002 E Exeter Blvd.
Scottsdale, AZ 85251




Dane Miller




David J. Cohen, M.D., PLLC
4510 E. Calle Redonda
Phoenix, AZ 85018




Delon N. Hebron MD, PLLC
18028 W. Narramore Rd
Goodyear, AZ 85338




Georgia Department of Revenue
Bankruptcy Section
1800 Century Blvd. NE
Atlanta, GA 30345-3206




Hsu Law
5090 North 40th Street
Suite 260
Phoenix, AZ 85018
```

```
Internal Revenue Service
Bankruptcy Section
1800 Century Blvd. NE
Atlanta, GA 30345-3206




James Murphy (Murphy PLLC)
6111 N 2nd Place
Phoenix, AZ 85012




Jason Pond
83 W Courtney Lane
Tempe, AZ 85284




KLEIN DIAGNOSTICS
2121 E La Vieve Lane
Tempe, AZ 85284




M.J. Johnson MD PC
9010 S. Priest Drive
Apt. 1057
Tempe, AZ 85284




Marshall Kong, MD
6469 Shady Oak Lane
Mason, OH 45040




Marvin E. Hill MD
D/B/A  BBR Imaging PLC
3430 N Mountain Ridge  #45
Mesa, AZ 85207




MDIA
9945 Haynes Bridge Road
Suite 200, Box 226
Alpharetta, GA 30022
```

```
MG Imaging, LLC
c/o Dr. Ron Ayanzen
7904 E. Chap. Rd  Ste 110-129
Scottsdale, AZ 85250




MICA
P. O. Box 53238
Phoenix, AZ 85072-3238




Michael Nussdorfer, MD
5350 E. McDonald Dr.
Paradise Valley, AZ 85253




Michael Peterson
844 E Stanford Ave
Gilbert, AZ 85234




Murtan Radiology Services, LLC
6111 N 2nd Place
Phoenix, AZ 85012




NMD Consultants PLC
c/o Dr. Neil Borden
5350 E. Deer Val. Dr., # 1231
Phoenix, AZ 85054




Platinum Imaging, LLC
c/o Dr. Kalpesh Patel
10632 N. Scottsdale Road #675
Scottsdale, AZ 85254




RadReads LLC
105 Holbrook Trail
Greenville, SC 29605




Robert F. Takacs MD PLLC
8485 W. Whitehorn Way
Peoria, AZ 85383
```

```
Skidmore Medical Imaging PLC
21120 North 71st Drive
Glendale, AZ 85308



Tammam Beydoun MD
2323 N. Central Ave #1406
Phoenix, AZ 85004



Traci L. Pritchard, PLLC
38055 N. Miramonte
Cave Creek, AZ 85331



Travis Scharnweber
1001 S 2nd St
Phoenix, AZ 85004



United States Attorney
Richard B. Russell Fed. BLDG
75 Ted Turner Dr. SW, Ste. 600
Atlanta, GA 30303-3309



United States Trustee
Richard B. Russell Fed. BLDG
75 Ted Turner Dr. SW # 362
Atlanta, GA 30303



Wall Enterprises, PLC
1753 E. Broadway Road
#101-164
Tempe, AZ 85282



William Gallman
4243 E Canpbell Ave
Phoenix, AZ 85018
```

# United States Bankruptcy Court
## Northern District of Georgia

In re  **Radiant Medical Imaging, LLC**
Debtor(s)

Case No.
Chapter  **11**

# CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for **Radiant Medical Imaging, LLC** in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

**BBR Imaging PLC**
**1760 East Pecos Road**
**Suite 101**
**Gilbert, AZ 85295**

☐ None [*Check if applicable*]

**February 12, 2018**
Date

**/s/ Henry F. Sewell, Jr.**
**Henry F. Sewell, Jr.**
Signature of Attorney or Litigant
Counsel for **Radiant Medical Imaging, LLC**
**Law Offices of Henry F. Sewell, Jr., LLC**
**2964 Peachtree Road NW, Suite 555**
**Atlanta, GA 30305**
**(404) 926-0053**
**hsewell@sewellfirm.com**